No. 84. UNITED STATES *v.* JORN. Appeal from D. C. Utah. [Probable jurisdiction noted, *ante,* p. 810.] Motion of appellee for the appointment of counsel granted. It is ordered that *Denis R. Morrill, Esquire,* of Salt Lake City, Utah, be, and he is hereby, appointed to serve as counsel in this case.

No. 540. ROSADO ET AL. *v.* WYMAN, COMMISSIONER OF SOCIAL SERVICES OF NEW YORK, ET AL. C. A. 2d Cir. [Certiorari granted, *ante,* p. 815.] Motion of People for Adequate Welfare for leave to file a brief as *amicus curiae* granted. *Floyd Sarisohn* on the motion.

No. 453, Misc. SIERRAS *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari denied. *Solicitor General Griswold* for the United States in opposition.

No. 584, Misc. WEST *v.* LLOYD, CORRECTIONAL SUPERINTENDENT, ET AL.;

No. 595, Misc. McGARRY *v.* HOCKER, WARDEN;

No. 610, Misc. THOMPSON *v.* NORTH CAROLINA;

No. 698, Misc. MEEK *v.* THOMAS, JUDGE, ET AL.; and

No. 810, Misc. WATKINS *v.* BOUNDS, CORRECTION COMMISSIONER. Motions for leave to file petitions for writs of habeas corpus denied.

No. 701, Misc. WALSH *v.* U. S. DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied. *Solicitor General Griswold* for the United States in opposition.

No. 843, Misc. WENDT *v.* DILLIN ET AL., JUDGES, U. S. DISTRICT COURT. Motion for leave to file petition for writ of mandamus denied.